## Korenkiewicz *v.* York Motor Express Company, Inc., Appellant.

Argued October 11, 1939.

Before KELLER, P. J., CUNNINGHAM, BALDRIGE, STADTFELD, PARKER, RHODES and HIRT, JJ.

212

214

*Charles E. Kenworthey,* for appellant.

*Nochem S. Winnet,* for appellee.

PER CURIAM, January 30, 1940:

No appeal was taken from the order of the court of common pleas granting a new trial, on motion of the plaintiff, for inadequacy of the verdict. The order dismissing defendant's motion for judgment in its favor, non obstante veredicto, is affirmed on the opinion of Judge BROWN, who presided at the trial.